JANUARY 15, 1964.

No. 756, Misc. IN RE EASTERN AIR LINES, INC. Motion for leave to file petition for writ of certiorari to the United States Court of Appeals for the First Circuit dismissed pursuant to Rule 60 of the Rules of this Court. *E. Smythe Gambrell, Harold L. Russell, Robert Proctor* and *Richard Wait* for movant. *Henry E. Foley* and *John H. Pickering* for Northeast Airlines, Inc., and *Edward J. Hickey, Jr.* and *James L. Highsaw, Jr.* for Master Executive Council of Northeast Pilots & International Association of Machinists, in opposition. *Acting Solicitor General Spritzer* for the Civil Aeronautics Board.

JANUARY 20, 1964.

No. 5, Original. UNITED STATES *v.* CALIFORNIA. The joint motion of counsel for extensions of time to file pleadings and briefs is granted and the order of this Court of December 2, 1963, *ante,* p. 927, is amended to provide that the answer to the supplemental complaint shall be filed on or before March 2, 1964; additional exceptions to the Report of the Special Master and briefs in support thereof shall be filed on or before April 1, 1964, and answering briefs shall be filed on or before May 15, 1964. THE CHIEF JUSTICE and MR. JUSTICE CLARK took no part in the consideration or decision of this motion. *Solicitor General Cox* for the United States. *Stanley Mosk,* Attorney General of California, for defendant.

No. 862, Misc. BIZUP *v.* TINSLEY, WARDEN. Motion for leave to file petition for writ of mandamus and for other relief denied.